NAOMI CHUNG (CSBN 283743)
Hickey & Chung, LLP
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Fax: (415) 484-7054
chung@defender.law

Attorney for Defendant
BRIAN WADE MORRIS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN WADE MORRIS <br><br> Defendant. | No. 3:24-CR-00482 JD <br><br> **STIPULATION AND ~~[PROPOSED]~~ ORDER TO MODIFY CONDITIONS OF RELEASE** |

IT IS HEREBY SITPULATED AND AGREED between the defendant Brian Wade Morris through his attorney, Naomi Chung, and the government through its attorney, Richard Ewenstein, that the conditions of pretrial release be modified to permit Mr. Morris to leave the District of Arizona in order to travel to the District of Kansas from March 5, 2026 through March 8, 2026 to coach the Glendal Community College team as they compete at the National Junior College Athletic Association Indoor Track and Field National Championship. Mr. Morris will provide U.S. Pretrial Services with travel and lodging information prior to his trip.

U.S. Pretrial Services has no objection to the requested modification. All other conditions

of pretrial release are to remain in effect.

**IT IS SO STIPULATED.**

Dated: 02/26/2026                    /s/
                                     NAOMI CHUNG
                                     Attorney for Brian Wade Morris


Dated: 02/26/2026                    /s/
                                     RICHARD EWENSTEIN
                                     Assistant United States Attorney

**IT IS SO ORDERED.**


Dated:  March 3, 2026

                                     HON. ALEX G. TSE
                                     United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER
*Morris*, 3:24-CR-00482 JD

2